David Kaplan (CA Bar No. 230144)
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Preston, on behalf of himself and all others similarly situated<br><br>PLAINTIFF(S)<br>v.<br>Fidelity National Financial, Inc., et al.<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 11-09746 DSF (ARGx)<br><br>NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, <u>David Kaplan</u>               , <u>230144</u>              , <u>davidk@blbglaw.com</u>
      *Name*                    *CA Bar ID Number*                *E-mail Address*

[x] am counsel of record or  [ ] out-of-state attorney in the above-entitled cause of action for the following party(s)

<u>Plaintiff Paul Preston and the Class</u>

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [x] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

[ ] TO UPDATE NAME OR FIRM INFORMATION:

   [ ] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

   PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____ New Facsimile Number _____
   New E-mail address _____

[x] TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

   [x] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on <u>March 13, 2012 (ECF No. 50).</u>

   [ ] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name <u>David Kaplan</u>   CA State Bar Number <u>230144</u>
Firm/Government Agency Name <u>Bernstein Litowitz Berger & Grossmann LLP</u>
Address: <u>12481 High Bluff Drive, Suite 300, San Diego, CA 92130</u>
Telephone Number <u>(858) 793-0070</u>   Facsimile Number <u>(858) 793-0323</u>
New E-mail address <u>davidk@blbglaw.com</u>

☐ TO BE REMOVED FROM THE CASE: **
   ☐ I am   ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX
   ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

   ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

   ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: <u>March 19, 2012</u>                    _____
                                              *Signature of Attorney of Record / Attorney for the Firm*
                                              David Kaplan

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.

**DECLARATION OF SERVICE**

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

That on March 20, 2012, declarant caused to be served the following documents:

- **Notice of Change of Attorney Information – David Kaplan**

**SEE ATTACHED SERVICE LIST**

☒ **(BY ECF)** Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY EMAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by electronic mail and I caused such document(s) on this date to be transmitted by electronic mail to the offices of electronic mail addressee(s) listed below.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

-1-

DECLARATION OF SERVICE
Case No. 10-cv-06256-MMM (PJWx)

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

Executed on March 20, 2012, at San Diego, California.

*/s/ Kelly A. Nester*
Kelly A. Nester

## SERVICE LIST

Edward D. Chapin, Esq.
Francis A. Bottini, Esq.
Jill M. Sullivan, Esq.
Keith M. Cochran, Esq.
CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318
echapin@cfsblaw.com
fbottini@cfsblaw.com
jsullivan@cfsblaw.com
kcochran@cfsblaw.com

Michael J. Gleason, Esq.
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, CA 92101
Tel:   (619) 810-4300
Fax:   (619) 810-4301
mgleason@hahnlaw.com

Steven A. Goldfarb, Esq.
Derek E. Diaz, Esq.
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2316
Tel:   (216) 621-0150
Fax:   (216) 274-2824
sagoldfarb@hahnlaw.com
ddiaz@hahnlaw.com

James A. Moss, Esq.
Mark E. Schiffman, Esq.
FIDELITY NATIONAL LAW GROUP
915 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90017
Tel:   (213) 438-7204
Fax:   (213) 438-4417
james.moss@fnf.com
mark.schiffman@fnf.com