Michael J. Gleason SBN 279434
*mgleason@hahnlaw.com*
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 216.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
Derek E. Diaz (admitted *pro hac vice*)
*ddiaz@hahnlaw.com*
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

Attorneys for Defendants Fidelity National Financial,
Inc.; Fidelity National Home Warranty Company; Fidelity
National Title Insurance Company; Lawyers Title Company;
Chicago Title Company; Commonwealth Land Title Company;
and Ticor Title Company of California

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br>            Plaintiffs,<br>    v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al*.<br>            Defendants. | Case No. CV11-09746 DSF (AGRx)<br>MAG. JUDGE ALICIA ROSENBERG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY PENDING RULINGS ON DEFENDANTS' DISPOSITIVE MOTIONS**<br><br>Hearing Date: May 15, 2012<br>Hearing Time: 10:00 a.m. |

DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR STAY OF DISCOVERY

1

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on May 15, 2012 at 10:00 a.m., or soon thereafter as this matter may be heard in the above-entitles Court located at the United States District Court, Central District of California, 312 North Spring Street, Los Angeles, California 90012, Courtroom D, 8th Floor, Defendants Fidelity National Financial Inc., Fidelity National Home Warranty Company, Fidelity National Title Insurance Company, Lawyers Title Company, Commonwealth Land Title Company, Ticor Title Company of California, and Chicago Title Company (collectively, " Defendants") will move this Court for a stay of discovery pending resolution of Defendants' dispositive motions.

This motion is based upon the allegations in the complaint, the evidence submitted with this motion, and upon such oral and documentary evidence as allowed at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place via telephone on April 10, 2012.  Counsel also conferred about whether L.R. 7-3 applied to this Motion, or whether L.R. 37-1 applied.  Counsel for Defendants stated that the Motion seemed more applicable to L.R. 7-3, and Plaintiff's counsel did not take a contrary position.  Accordingly, Defendants lodge this motion in its current format.

Date: April 12, 2012

/s/ Michael J. Gleason
Michael J. Gleason SBN 279434
*mgleason@hahnlaw.com*
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 216.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
Derek E. Diaz (admitted *pro hac vice*)
*ddiaz@hahnlaw.com*
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

Mark E. Schiffman, SBN 62654
*Mark.Schiffman@fnf.com*
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 216.810.4300
Facsimile: 619.810.4301

James A. Moss, SBN 84441
*James.Moss@fnf.com*
FIDELITY NATIONAL LAW GROUP
915 Wilshire Boulevard, Suite 2100
Los Angeles, California 90017
Telephone: (213)438-4418
Facsimile: (213) 438-4417

Attorneys for Defendants
Fidelity National Financial, Inc.; Fidelity
National Home Warranty Company;
Fidelity National Title Insurance Company;
Lawyers Title Company; Commonwealth
Land Title Company; Ticor Company
of California; and Chicago Title Company

DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR STAY OF DISCOVERY

3

**CERTIFICATE OF SERVICE**

I certify that on April 12, 2012, a copy of the foregoing was served on the following counsel of record via the Court's CM/ECF filing system:

Edward D. Chapin, Esq.
Francis A. Bottini, Esq.
Jill M. Sullivan, Esq.
Jennifer M. Chapman, Esq.
CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
550 West "C" Street, Suite 2000
San Diego, California 92101
Telephone: 619.241.4810
Facsimile: 619.955.5318

Blair A. Nicholas, Esq.
Benjamin Galdston, Esq.
David Kaplan, Esq.
Laurence Reza Wrathall, Esq.
BERNSTEIN, LITOWITZ, BERGER & GROSSMAN LLP
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: 858.793.0070
Facsimile: 858.793.0323

Attorneys for Plaintiff and the Putative Classes

Date: April 12, 2012    */s/ Michael J. Gleason*
                         Michael J. Gleason,
                         Attorney for Defendants