**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiffs,<br>          v.<br><br><br>FIDELITY NATIONAL FINANCIAL, INC.,  a Delaware corporation, *et al*.<br>                  Defendants. | Case No. CV11-09746 DSF (AGRx)<br><br>JUDGE DALE S. FISCHER<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: June 18, 2012<br>Hearing Time: 1:30 p.m. |

Upon consideration of the parties' briefing and arguments in connection with the motion of Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Lawyers Title Company, Commonwealth Land Title Company, Ticor Title Company of California, and Chicago Title Company (collectively, the "Non-Home-Warranty Defendants") for judgment on the pleadings, under Civil Rule 12(c), the Court GRANTS that motion.

Because Plaintiff Paul Preston does not allege that he participated in any transaction with the Non-Home Warranty Defendants, or had any dealings with them, Plaintiff lacks standing to sue them.  *See, e.g.*, *Prescott v. County of El Dorado*, 298 F.3d 844, 846 (9th Cir. 2002).  Accordingly, Plaintiff's claims against the Non-Home Warranty Defendants are DISMISSED WITH PREJUDICE.

1

2

Dated: _____, 2012

3

4
DALE S. FISCHER
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS

2