# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al.*<br>　　　　　Defendants. | Case No. CV11-09746 DSF (AGRx)<br><br>JUDGE DALE S. FISCHER<br><br>**ORDER GRANTING DEFENDANT FIDELITY NATIONAL HOME WARRANTY COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: June 18, 2012<br>Hearing Time: 1:30 p.m. |

　　Upon consideration of the parties' briefing and arguments in connection with the motion of Fidelity National Home Warranty Company ("FNHW") for summary judgment, under Civil Rule 56, the Court GRANTS that motion.

　　Because Plaintiff Paul Preston did not pay for the home-warranty contract at issue from his March 31, 2011 real estate transaction, he lacks standing to sue FNHW under RESPA and California law.  Accordingly, Plaintiff's claims against FNHW are DISMISSED WITH PREJUDICE.

1  Dated: _____, 2012

2  
3                                          DALE S. FISCHER
                                           United States District Judge