Michael J. Gleason SBN 279434
*mgleason@hahnlaw.com*
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 216.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

Attorneys for Defendants Fidelity National Financial, Inc.; Fidelity National Home Warranty Company; Fidelity National Title Insurance Company; Lawyers Title Company; Chicago Title Company; Commonwealth Land Title Company; and Ticor Title Company of California

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br>        Plaintiffs,<br>   v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al*.<br>        Defendants. | Case No. CV11-09746 DSF (AGRx)<br><br>JUDGE DALE S. FISCHER<br><br>**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANT FIDELITY NATIONAL HOME WARRANTY COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date: June 18, 2012**<br>**Hearing Time: 1:30 p.m.** |

In support of its motion for summary judgment, Defendant Fidelity National Home Warranty Company ("FNHW") identifies the following uncontroverted facts and the evidence supporting those facts:

| Paragraph No. | **Uncontroverted Fact** | **Evidentiary Support** |
|---|---|---|
| 1. | On March 31, 2011, Preston purchased a home located at 13640 Lakota Road, Apple Valley, California (the "Preston Transaction"). | Exhibit 1, Declaration of W. Ryan Lenocker ("Lenocker Decl.") at ¶¶ 6-7; Exhibit 2, April 3, 2012, Deposition of W. Ryan Lenocker ("Lenocker Dep.") at 167:18-69:12. |
| 2. | In the Preston Transaction, FNHW issued a home-warranty contract. | Exhibit 3, Declaration of Billy Jensen ("Jensen Decl.") at ¶¶ 3-5 & Exh. A. |
| 3. | Payment for that contract and selection of FNHW as the home-warranty company were done exclusively by the seller, Maria Tomassini, not Preston. | Exhibit 1, Lenocker Decl. at ¶¶ 12-15; Exhibit 2, Lenocker Dep., at 99:12-100:12, 113:13-14:3; Exhibit 3, Jensen Decl. at ¶ 6. |
| 4. | The terms of the Preston Transaction were dictated by a purchase agreement that Preston's agent presented to Tomassini and the listing real estate broker, Century 21 Elite (the "Purchase Agreement"). | Exhibit 1, Lenocker Decl. at ¶¶ 10-11; Exhibit 2, Lenocker Dep. at 42:18-43:3 & Exh. 9; Exhibit 7, April 12, 2012, Deposition of Fulton Wright ("Wright Dep.") at 29:20-30:10. |

| Paragraph No. | Uncontroverted Fact | Evidentiary Support |
|---|---|---|
| 5. | The Purchase Agreement specifically required that Tomassini "pay the cost, not to exceed $395.00" for a home-warranty contract issued by the company of her choice. | Exhibit 1, Lenocker Decl. at ¶ 12; Exhibit 2, Lenocker Dep. at 136:19-24; Exhibit 6, Declaration of Maria L. Tomassini ("Tomassini Decl.") at ¶ 6; Exhibit 7, Wright Dep. at 31:6-17, 32:3-11. |
| 6. | Tomassini did end up paying the full cost of the home-warranty contract, and thus Preston paid no part of it. | Exhibit 1, Lenocker Decl. at ¶ 15; Exhibit 5, Tomassini Decl. at ¶¶ 9-11; Exhibit 7, Wright Dep. at 32:12-18. |
| 7. | The HUD-1 settlement statement from Preston's March 2011 transaction, which Preston accepted and acknowledged as accurately reflecting all charges from that transaction, reflects that Tomassini was charged and paid for the home-warranty contract. | Exhibit 1, Lenocker Decl. at ¶¶ 16-17 & Exh. B; Exhibit 6, Declaration of Miriam Ortega ("Ortega Decl.") at ¶¶ 2-5 & TSSE 118-22. |
| 8. | Acting on Tomassini's behalf, Century 21 Elite asked the escrow company, The Settlement Source Escrow, to select a home-warranty company and arrange for its purchase. | Exhibit 1, Lenocker Decl. at ¶ 14; Exhibit 6, Tomassini Decl. at ¶ 8. |
| 9. | The Settlement Source Escrow selected FNHW. | Exhibit 1, Lenocker Decl. at ¶ 14. |

| Paragraph No. | Uncontroverted Fact | Evidentiary Support |
|---|---|---|
| 10. | The order for the home-warranty contract was not placed through the TransactionPoint software system, and no aspect of the Preston Transaction was processed through that system. | Exhibit 3, Jensen Decl. at ¶ 8; Exhibit 4, March 20, 2012, Deposition of Michelle Carr ("Carr Dep.") at 69:18-24; Exhibit 6, Tomassini Decl. at ¶ 12; Exhibit 7, Wright Dep. at 17:19-21. |
| 11. | No commission, kickback, or thing of value was received by or paid to Century 21 Elite, its principals, Tomassini, or The Settlement Source Escrow for The Settlement Source Escrow's having ordered the home-warranty contract from FNHW. | Exhibit 1, Lenocker Decl. at ¶ 19; Exhibit 3, Jensen Decl. at ¶¶ 9, 12; Exhibit 4, Carr Dep. at 50:21-51:7; Exhibit 7, Wright Dep. at 37:16-22. |
| 12. | All the fees paid for the contract paid by seller to and were retained by FNHW. | Exhibit 3, Jensen Decl. at ¶ 9. |
| 13. | FNHW did not directly or indirectly require that a home protection contract be issued, purchased, or acquired in connection with the Preston Transaction. | Exhibit 3, Jensen Decl. at ¶ 11. |
| 14. | After October 2011, all subsidiaries of FNF stopped making payments to real estate agents, brokers, and other service providers as part of the TransactionPoint system. | Exhibit 8, Declaration of Steve ("Murnin Decl.") at ¶ 5. |
| 15. | FNF and its subsidiaries, which include FNHW, have no intention of resuming that practice. | Exhibit 8, Murnin Decl. at ¶ 7. |
| 16. | After the seller bought and paid for the home-warranty contract at closing, FNHW sent Preston his home-warranty contract in the mail. | Exhibit 3, Jensen Decl. at ¶ 13. |

| Paragraph No. | **Uncontroverted Fact** | **Evidentiary Support** |
|---|---|---|
| 17. | The invoice and check for the contract also show that Preston was not charged for the price of that contract. | Exhibit 3, Jensen Decl. at ¶ 10 & Exhibits. B, C. |

| | |
|---|---|
| Date: April 20, 2012 | */s/ Michael J. Gleason* |
| | Michael J. Gleason SBN 279434 |
| | *mgleason@hahnlaw.com* |
| | HAHN LOESER & PARKS, LLP |
| | One America Plaza |
| | 600 West Broadway, Suite 1500 |
| | San Diego, California 92101 |
| | Telephone: 216.810.4300 |
| | Facsimile: 619.810.4301 |
| | |
| | Steven A. Goldfarb (admitted *pro hac vice*) |
| | *sagoldfarb@hahnlaw.com* |
| | Derek E. Diaz (admitted *pro hac vice*) |
| | *ddiaz@hahnlaw.com* |
| | HAHN LOESER & PARKS, LLP |
| | 200 Public Square, Suite 2800 |
| | Cleveland, Ohio 44114-2316 |
| | Telephone: 216.621.0150 |
| | Facsimile: 216.241.2824 |
| | |
| | Mark E. Schiffman, SBN 62654 |
| | *Mark.Schiffman@fnf.com* |
| | One America Plaza |
| | 600 West Broadway, Suite 1500 |
| | San Diego, California 92101 |
| | Telephone: 216.810.4300 |
| | Facsimile: 619.810.4301 |
| | |
| | James A. Moss, SBN 84441 |
| | *James.Moss@fnf.com* |
| | FIDELITY NATIONAL LAW GROUP |
| | 915 Wilshire Boulevard, Suite 2100 |
| | Los Angeles, California 90017 |
| | Telephone: (213)438-4418 |
| | Facsimile: (213) 438-4417 |
| | |
| | Attorneys for Defendants |
| | Fidelity National Financial, Inc.; Fidelity National Home Warranty Co.; Fidelity National Title Insurance Co.; Lawyers Title Co.; Commonwealth Land Title Co.; Ticor Company of California; and Chicago Title Co. |

STATEMENT OF UNCONTROVERTED FACTS
IN SUPPORT OF FNHW'S MOTION FOR SUMMARY JUDGMENT

5

# CERTIFICATE OF SERVICE

I certify that on April 20, 2012, a copy of the foregoing were served on the following counsel of record via the Court's CM/ECF filing system:

Edward D. Chapin, Esq.
Francis A. Bottini, Esq.
Jill M. Sullivan, Esq.
Jennifer M. Chapman, Esq.
CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
550 West "C" Street, Suite 2000
San Diego, California 92101
Telephone: 619.241.4810
Facsimile: 619.955.5318

Blair A. Nicholas, Esq.
Benjamin Galdston, Esq.
David Kaplan, Esq.
BERNSTEIN, LITOWITZ, BERGER & GROSSMAN LLP
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: 858.793.0070
Facsimile: 858.793.0323

Attorneys for Plaintiff and the Putative Classes

Date: April 20, 2012        */s/ Michael J. Gleason*
                            Michael J. Gleason,
                            Attorney for Defendants