UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al.*<br>　　　　Defendants. | Case No. CV11-09746 DSF (AGRx)<br><br>JUDGE DALE S. FISCHER<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULINGS ON DEFENDANTS' DISPOSITIVE MOTIONS**<br><br>Hearing Date: June 4, 2012<br>Hearing Time: 1:30 p.m. |

　　Upon consideration of the parties' briefing and arguments in connection with the motion of Fidelity National Financial, Inc., Fidelity National Home Warranty Company, Fidelity National Title Insurance Company, Lawyers Title Company, Commonwealth Land Title Company, Ticor Company of California and Chicago Title Company to stay discovery pending rulings on Defendants' dispositive motions, the Court GRANTS that motion.

Dated: _____, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　United States District Judge

1