Michael J. Gleason SBN 279434
*mgleason@hahnlaw.com*
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 216.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

Attorneys for Defendants Fidelity National Financial, Inc.; Fidelity National Home Warranty Company; Fidelity National Title Insurance Company; Lawyers Title Company; Chicago Title Company; Commonwealth Land Title Company; and Ticor Title Company of California

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br>　　　　Plaintiffs,<br>　　v.<br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, et al.<br>　　　　Defendants. | Case No. CV11-09746 DSF (AGRx)<br>JUDGE DALE S. FISCHER<br><br>**DECLARATION OF DEREK E. DIAZ, ESQ., IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER STAYING DISCOVERY PENDING RULINGS ON DEFENDANTS' DISPOSITIVE MOTIONS** |

I, Derek E. Diaz, declare as follows:

1. I am an attorney licensed to practice law in the State of Ohio, and I have been admitted in this case *pro hac vice*. [Doc. No. 26.]

2. I am a partner at the law firm of Hahn, Loeser & Parks, LLP, counsel of record for Defendants. The matters set forth in this declaration are based on my personal knowledge and, if called on, I would testify consistently with this declaration.

3. In a meet-and-confer on May 11, 2012, Defendants' counsel offered not to oppose Plaintiff's request for an additional 120 days to file his class-certification brief if Defendants' dispositive motions are denied. Plaintiff's counsel flatly rejected the offer.

4. Attached as Exhibit A is a true and correct copy of Plaintiff's Second Set of Interrogatories to All Defendants.

5. Attached as Exhibit B are true and correct copies of relevant pages from the April 3, 2012, deposition of W. Ryan Lenocker.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2012, in Cleveland, Ohio.

By: _____
    Derek E. Diaz