**EXHIBIT A**

1  CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
2    Edward D. Chapin, Esq. (SBN: 053287)
     echapin@cfsblaw.com
3    Francis A. Bottini, Esq. (SBN: 175783)
     fbottini@cfsblaw.com
4    Jill M. Sullivan, Esq. (SBN: 185757)
5    jsullivan@cfsblaw.com
6  550 West "C" Street, Suite 2000
   San Diego, California 92101
7  Tel: (619) 241-4810
8  Fax: (619) 955-5318

9  Attorneys for Plaintiff and the Classes

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PRESTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation, FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation, LAWYERS TITLE COMPANY, a California corporation, COMMONWEALTH LAND TITLE COMPANY, a California corporation, TICOR TITLE COMPANY OF CALIFORNIA, a California corporation, CHICAGO TITLE COMPANY, a California corporation,<br><br>Defendants. | Case No. CV 11-09746 DSF (AGRx)<br><br>Plaintiff Paul Preston's Second Set Of Interrogatories to All Defendants |

RECEIVED APR 30 2012

| | |
|---|---|
| Requesting Party: | Plaintiff Paul Preston |
| Responding Party: | Defendants FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation, FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation, LAWYERS TITLE COMPANY, a California corporation, COMMONWEALTH LAND TITLE COMPANY, a California corporation, TICOR TITLE COMPANY OF CALIFORNIA, a California corporation, and CHICAGO TITLE COMPANY |
| Set Number: | Two |

Under Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Paul Preston requests that Defendants FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation, FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation, LAWYERS TITLE COMPANY, a California corporation, COMMONWEALTH LAND TITLE COMPANY, a California corporation, TICOR TITLE COMPANY OF CALIFORNIA, a California corporation, and CHICAGO TITLE COMPANY, a California corporation, answer, separately and under oath, the following Interrogatories within thirty (30) days from the date of service.

## Definitions

1.  The Term Real Estate Settlement Service means any service provided in connection with a residential real estate settlement including, but not limited to, the following: title searches, title examinations, the provision of title certificates, title insurance, home protection contracts, services rendered by an attorney, the preparation of documents, property surveys, the rendering of credit reports or appraisals, pest and fungus inspections, services rendered by a real

estate agent or broker, the origination of a federally related mortgage loan (including, but not limited to, the taking of loan applications, loan processing, and the underwriting and funding of loans), and the handling of the processing, and closing of settlement.

    2.    The term Document or Documents means any written, printed, typed, recorded, magnetic, electronic, punched, copied, graphic or other tangible thing in, upon, or from which information may be embodied, translated, conveyed, or stored (including, without limitation, correspondence, memoranda, notes, records, books, papers, email, texts messages, telegrams, telexes, dictation or other audio tapes, video tapes, computer tapes or discs or any other type of electronic records, computer printouts, microfilm, microfiche, worksheets, diaries, calendars, photographs, charts, drawings, sketches and all other writings or drafts thereof) as defined in Federal Rule of Civil Procedure 34 and Federal Rule of Evidence 1001.

    3.    The term You or Your means and refers to Defendants FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation, FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation, LAWYERS TITLE COMPANY, a California corporation, COMMONWEALTH LAND TITLE COMPANY, a California corporation, TICOR TITLE COMPANY OF CALIFORNIA, a California corporation, and CHICAGO TITLE COMPANY, a California corporation, your subsidiaries, your present and former agents, and all other such persons acting on your behalf.

    4.    The term Class Period means 10/1/2002 to the present.

    5.    The term Identify or Identification means, with respect to natural person[s], the name, business address, home address, and telephone number of any natural person; and with respect to Documents, to state the date, author, addressee, Bates number, title and nature of each Document.

## Instructions

1. Each Interrogatory shall be answered fully unless it is in good faith objected to, in which event the reasons for Your objection shall be stated in detail. If an objection pertains to only a portion of a request, or a word, phrase, or clause contained within it, You are required to state Your objection to that portion only and to respond to the remainder of the request, using Your best efforts to do so. Your response hereto is to be signed and verified by the person making it, and the objections signed by the attorney making them.

2. The singular shall include the plural and vice versa, and the conjunctive shall include the disjunctive and vice versa in order to give these Interrogatories the broadest scope.

3. Pursuant to Federal Rule of Civil Procedure 26(e), the Interrogatories embodied herein shall be deemed continuous up to and following the date of Your response, such that any information requested herein which is either discovered by You or comes within your possession, custody or control subsequent to Your initial response but prior to the final conclusion of this case should be produced immediately upon its discovery or receipt.

## Interrogatories

**Request No. 17:**

Identify all Real Estate Settlement Services You provided to Paul Preston during the Class Period.

**Request No. 18:**

With respect to Interrogatory 17 above, Identify all Documents You reviewed in order to Identify information responsive to the interrogatory.

///

///

**Request No. 19:**

With respect to Interrogatory 17 above, Identify all search terms You used in order to Identify information responsive to the interrogatory.

Dated: April 24, 2012

Chapin Fitzgerald Sullivan & Bottini LLP

By: /s/ Francis A. Bottini
Edward D. Chapin, Esq.
Francis A. Bottini, Jr., Esq.
Jill M. Sullivan, Esq.
Keith M. Cochran, Esq.

Attorneys for Plaintiff Paul Preston

Preston v. Fidelity National Financial, Inc. et al.
USDC – Central District of California Case No.: CV 11-09746 DSF (AGRx)

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 550 West C Street, Suite 2000, San Diego, California 92101.

On April 27, 2012, I served the following document(s):

1. Plaintiff Paul Preston's Second Set of Interrogatories to All Defendants

as follows:

**Attorneys for Defendants**
*Fidelity National Financial, Inc.; Fidelity National Home Warranty Company; Fidelity National Title Insurance Company; Lawyers Title Company; Commonwealth Land Title Company; Ticor Company of California; and Chicago Title Company*

Michael J. Gleason, Esq.
mgleason@hahnlaw.com
HAHN LOESER & PARKS, LLP
One American Plaza
600 West Broadway, Suite 1500
San Diego, California 92101

James A. Moss, Esq.
James.Moss@fnf.com
Mark E. Schiffman, Esq.
Mark.Schiffman@fnf.com
FIDELITY NATIONAL LAW GROUP
915 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90017

| | |
|---|---|
| 1 | Steven A. Goldfarb, Esq. |
| 2 | sagoldfarb@hahnlaw.com |
| | Derek E. Diaz, Esq. |
| 3 | ddiaz@hahnlaw.com |
| | HAHN LOESER & PARKS, LLP |
| 4 | 200 Public Square, Suite 2800 |
| 5 | Cleveland, OH  44114 |
| 6 | |
| 7 | **Co-Counsel for Plaintiff PAUL PRESTON** |
| 8 | |
| 9 | Blair Nicholas, Esq. |
| 10 | BlairN@blbglaw.com |
| | Ben Galdston, Esq. |
| 11 | BenG@blbglaw.com |
| 12 | Dave Kaplan, Esq. |
| | DavidK@blbglaw.com |
| 13 | L. Reza Wrathall, Esq. |
| 14 | Laurence.Wrathall@blbglaw.com |
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 15 | 12481 High Bluff Drive, Suite 300 |
| 16 | San Diego, CA 92130 |

☐ BY ELECTRONIC FILING.  I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the Court.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities.  Under said practice, the above-parties were served via CM/ECF.

☒ BY MAIL.  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

PROOF OF SERVICE

☐ BY E-MAIL. I am familiar with this firm's practice of scanning and emailing documents through Outlook. I caused said document(s) to be transmitted electronically by email to the addressee(s) above.

☐ BY FAX. A copy of said document(s) were delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☐ BY PERSONAL SERVICE. I caused said document(s) to be hand delivered to the addressee(s) pursuant to Code of Civil Procedure §1011.

☐ BY OVERNIGHT DELIVERY. I deposited said document(s) in a box or other facility regularly maintained by an express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 27, 2012, at San Diego, California.

By: *Stephanie Ammirati* (signature)
Stephanie M. Ammirati