EXHIBIT B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
PAUL PRESTON, on behalf of     )
himself and all others         )
similarly situated,            )
                               )
         Plaintiff,            )
                               )
vs.                            ) CV 11-09746 DSF (AGRx)
                               )
FIDELITY NATIONAL FINANCIAL,   )
INC., a Delaware corporation,  )
et al,                         )
                               )
         Defendants.           )
_____)
```

VIDEOTAPED DEPOSITION OF WILLIAM LENOCKER

APRIL 3, 2012

Reported by:  Margaret A. Smith, CSR #9733, RPR, CRR

Case 2:11-cv-09746-DSF-AGR   Document 66-2   Filed 05/21/12   Page 3 of 8   Page ID #:891

Deposition of William R. Lenocker                PRESTON, et al. vs. FIDELITY NATIONAL FINANCIAL, INC., et al.

| | | |
|---|---|---|
| 11:25:34 | 1 | But we've never asked them to -- to do anything else. |
| 11:25:38 | 2 | So -- and they haven't offered either.  So -- |
| 11:25:42 | 3 |     Q    What was the instance you recall from 2004, |
| 11:25:50 | 4 | 2005? |
| 11:25:51 | 5 |     A    I wasn't really integral in the Christmas |
| 11:25:53 | 6 | parties.  We always had assistants do it.  But I know |
| 11:25:56 | 7 | that they would normally call through, you know, any of |
| 11:26:00 | 8 | the companies that agents had used throughout the year |
| 11:26:03 | 9 | and, you know, invite them to the Christmas party. |
| 11:26:05 | 10 | Mention that we were doing, you know, a raffle and see |
| 11:26:07 | 11 | if they were interested in donating anything for the |
| 11:26:10 | 12 | raffle. |
| 11:26:11 | 13 | So the last year I remember really doing it was |
| 11:26:13 | 14 | probably 2004, 2005, because we just started -- you |
| 11:26:17 | 15 | know, around that point was when -- I remember the home |
| 11:26:21 | 16 | inspector was the first one to say, you know, "I really |
| 11:26:23 | 17 | can't do it.  Even if it's not going to somebody that |
| 11:26:26 | 18 | gives me business, it's just not worth it for me." |
| 11:26:29 | 19 | And then, you know, title started getting |
| 11:26:31 | 20 | under -- title insurance started getting under a lot of |
| 11:26:35 | 21 | scrutiny.  And so they just kind of followed suit as |
| 11:26:38 | 22 | well as, you know, home warranty. |
| 11:26:39 | 23 | So I don't know when it really started and |
| 11:26:41 | 24 | stopped.  But I know for the last year to two years, |
| 11:26:45 | 25 | there's been nothing, you know, no thing of value.  I |

Case 2:11-cv-09746-DSF-AGR   Document 66-2   Filed 05/21/12   Page 4 of 8   Page ID #:892

Deposition of William R. Lenocker                   PRESTON, et al. vs. FIDELITY NATIONAL FINANCIAL, INC., et al.

| | |
|---|---|
| 11:41:03  1 | need to do, write a letter to get the bank to give them |
| 11:41:06  2 | more time to work on the short sale.  So that's |
| 11:41:09  3 | basically how that operates over there. |
| 11:41:11  4 |     And this Legal Mortgage Solutions, it's -- |
| 11:41:14  5 | basically, that's all they do is the paperwork |
| 11:41:17  6 | processing of the short sales.  So -- |
| 11:41:19  7 |   Q   Going back to the Christmas parties that you've |
| 11:41:23  8 | had at your different companies, going back to the one |
| 11:41:27  9 | where you said you remembered that Stacey Clayton, the |
| 11:41:32 10 | Fidelity rep, made a donation, do you remember what |
| 11:41:36 11 | value the donation was? |
| 11:41:37 12 |   A   I think -- |
| 11:41:37 13 |     MR. GLEASON:  Objection.  Form. |
| 11:41:38 14 |     THE WITNESS:  Sorry. |
| 11:41:39 15 |     MR. GLEASON:  That's okay.  If you just give me |
| 11:41:40 16 | a little break to -- |
| 11:41:42 17 |     THE WITNESS:  I know. |
| 11:41:44 18 |     MR. GLEASON:  -- give me a chance to -- |
| 11:41:46 19 |     THE WITNESS:  I -- I seem to remember around |
| 11:41:48 20 | the two seven -- 2006, 2007 time frame, I mean, bringing |
| 11:41:52 21 | in a camera, like a digital camera.  I don't know. |
| 11:41:55 22 | Probably like 100 bucks.  Something simple. |
| 11:42:05 23 | BY MR. BOTTINI: |
| 11:42:06 24 |   Q   Do you remember what the Fidelity rep, Stacey |
| 11:42:10 25 | Clayton, donated in other years? |

Case 2:11-cv-09746-DSF-AGR   Document 66-2   Filed 05/21/12   Page 5 of 8   Page ID #:893

Deposition of William R. Lenocker                PRESTON, et al. vs. FIDELITY NATIONAL FINANCIAL, INC., et al.

```
11:42:12  1       A    I don't.  Most of -- like, I -- I personally
11:42:17  2   remember buying a bunch of the gifts after that.  So it
11:42:20  3   was gift cards and little flip cameras and stuff like
11:42:24  4   that.  Just simple raffle prizes.  Nothing too
11:42:28  5   elaborate.  I mean, we'd have -- like I say, staff
11:42:31  6   would -- normally went in, you know, our runner.  Some
11:42:34  7   of our agents.  So.
11:42:36  8       Q    And in 2006, 2007, what entity was it that had
11:42:41  9   the Christmas party?
11:42:42 10       A    So 2006 would have been RE/MAX.  And then 2007
11:42:47 11   would have been through Garia and Team Advantage REO.
11:42:53 12       Q    And you said that was typical up until about
11:42:57 13   2009 or so when it --
11:42:58 14       A    Somewhere between 2007 and 2009 is where it
11:43:04 15   really started -- you started seeing, you know, a lot of
11:43:07 16   people not, you know, want to help just because of
11:43:12 17   issues.  And then at the same time, we just didn't
11:43:14 18   really seem to need to ask.
11:43:18 19            I mean, you know, you just kind of -- I always
11:43:21 20   thought it was a little tacky, personally, to go around
11:43:25 21   and ask for, you know, help with the Christmas parties
11:43:29 22   so my agents could have a good time.
11:43:31 23       Q    Okay.  But up to that point, to the best of
11:43:33 24   your knowledge, and every year that your real estate
11:43:37 25   firm had a Christmas party, that Stacey Clayton, the
```

Case 2:11-cv-09746-DSF-AGR   Document 66-2   Filed 05/21/12   Page 6 of 8   Page ID #:894

Deposition of William R. Lenocker                    PRESTON, et al. vs. FIDELITY NATIONAL FINANCIAL, INC., et al.

```
13:40:58  1   contract" -- "from which to purchase the contract."
13:41:00  2            But, again, she didn't exercise that
13:41:03  3   discretion.  She didn't pick Fidelity.  Right?
13:41:06  4       A    It would have been myself, as her agent,
13:41:12  5   instructing, you know, her who to choose.  And I don't
13:41:15  6   know where the counter is on this.  I'd have to see the
13:41:18  7   counter to see if she actually signed as far as what
13:41:23  8   home warranty, because, normally, it will be put in the
13:41:27  9   counter.  And then it is really her -- you know, her
13:41:32 10   elective and directive to -- if that's what home
13:41:36 11   warranty she wants.
13:41:37 12       Q    Mm-hmm.  And, again, on paragraph 15 on the
13:41:40 13   next page, you say, "Ms. Tomassini paid the entire $360
13:41:43 14   premium for the home warranty contract."
13:41:47 15            Again, that's not really accurate.  Is it?
13:41:49 16            MR. GLEASON:  Objection.  Form.  Harassment.
13:41:52 17            THE WITNESS:  Yeah, it is accurate.  I mean,
13:41:54 18   she paid $360 out of her proceeds, and it even says in
13:42:00 19   the -- in the settlement, you know, debits from -- from
13:42:06 20   the, you know, seller's money --
13:42:08 21   BY MR. BOTTINI:
13:42:09 22       Q    Well, again, she didn't write a check for the
13:42:11 23   premium.  Right?
13:42:12 24       A    She didn't write a check for the premium.
13:42:15 25       Q    And it wasn't really her money anyway.  Right?
```

1    DECLARATION UNDER PENALTY OF PERJURY

2

3       I, WILLIAM LENOCKER, the witness herein, declare

4    under penalty of perjury that I have read the foregoing

5    in its entirety; and that the testimony contained herein

6    is a true and accurate transcription of my testimony

7    elicited at said time and place.

8       Executed this _____ day of _____, 2012

9

10

11                              _____

12                              WILLIAM LENOCKER

Case 2:11-cv-09746-DSF-AGR   Document 66-2   Filed 05/21/12   Page 8 of 8   Page ID #:896

Deposition of William R. Lenocker                PRESTON, et al. vs. FIDELITY NATIONAL FINANCIAL, INC., et al.

```
 1      I, Margaret A. Smith, Certified Shorthand Reporter
 2   licensed in the State of California, License No. 9733,
 3   hereby certify that the deponent was by me first duly
 4   sworn and the foregoing testimony was reported by me and
 5   was thereafter transcribed with Computer-Aided
 6   Transcription; that the foregoing is a full, complete,
 7   and true record of said proceeding.
 8      I further certify that I am not of counsel or
 9   attorney for either or any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12      The dismantling, unsealing, or unbinding of the
13   original transcript will render the reporter's
14   certificates null and void.
15      In witness whereof, I have hereunto set my hand
16   this day:
17
18                              _____
19                              MARGARET A. SMITH, CSR NO. 9733, CRR
20
21
22
23
24
25
```