UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 11-9746 DSF (AGRx) | Date | 6/1/12 |
| Title | Paul Preston v. Fidelity National Financial, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers) Order GRANTING Defendants' Motion for a Stay of Discovery (Docket No. 62)

     The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Defendants' motion for a stay of discovery is GRANTED.  The Court, as needed, will set a new deadline for Plaintiff to file his class certification motion at the time set for hearing on Defendants' motion for summary judgment and motion for judgment on the pleadings.

     IT IS SO ORDERED.