# EXHIBIT 9

Michael J. Gleason SBN 279434
*mgleason@hahnlaw.com*
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 216.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

Attorneys for Defendants Fidelity National Financial, Inc.; Fidelity National Home Warranty Company; Fidelity National Title Insurance Company; Lawyers Title Company; Chicago Title Company; Commonwealth Land Title Company; and Ticor Title Company of California

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, et al.<br>　　　　Defendants. | Case No. CV11-09746 DSF (AGRx)<br>JUDGE DALE S. FISCHER<br><br>**DECLARATION OF ABIGAIL R. CHENOWETH IN SUPPORT OF FIDELITY NATIONAL HOME WARRANTY'S OBJECTIONS TO PLAINTIFF'S EVIDENCE SUBMITTED IN OPPOSITION TO FNHW'S MOTION FOR SUMMARY JUDGMENT** |

I, Abigail R. Chenoweth, declare as follows:

1. I am employed by the law firm of Hahn Loeser & Parks, LLP as a paralegal. The matters set forth in this declaration are based on my personal knowledge and, if called on, I would testify consistently with this declaration.

2. Attached as Exhibit A to this declaration is a true and correct copy of the Grant Deed from Maria Tomassini to Paul E. Preston for the residential real estate located at 13640 Lakota Road, Apple Valley, California.

3. The Grant Deed was electronically recorded in the Official Records of the County of San Bernadino, California on March 31, 2011 as Doc # 2011-0127885.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2012, in Cleveland, Ohio.

By: /s/ Abigail R. Chenoweth
Abigail R. Chenoweth

# EXHIBIT A

Electronically Recorded in Official Records, County of San Bernardino   3/31/2011 08:00 AM ALS



**DENNIS DRAEGER**
ASSESSOR - RECORDER - CLERK
838  First American Title Company

RECORDING REQUESTED BY:
The Settlement Source Escrow
Order No. 3713293
Escrow No. 2523-MC
Parcel No. 3087-262-15-0-000
MAIL TAX BILL TO
AND WHEN RECORDED MAIL TO:

PAUL E. PRESTON
13640 LAKOTA RD
APPLE VALLEY, CA 92307

Doc #: **2011-0127885**    Titles: 1    Pages: 2



| | |
|---|---|
| Fees | 18.00 |
| Taxes | 132.00 |
| Other | .00 |
| PAID | 150.00 |

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
RESIDENTIAL DIVISION

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $132.00 and CITY $
- ☐ computed on full value of property conveyed, or
- ☐ computed on full value less liens or encumbrances remaining at the time of sale.
- ☒ unincorporated area:         ☐ Apple Valley, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Maria Tomassini, an unmarried woman**

hereby GRANT(S) to   Paul E. Preston, an  unmarried man

the following described real property in the County of San Bernardino, State of California:

SEE ATTACHED EXHIBIT "A" FOR COMPLETE LEGAL DESCRIPTION.

Date   March 28, 2011

_____
Maria Tomassini


STATE OF CALIFORNIA        }
                           }S.S.
COUNTY OF Orange           }

On March 28, 2011____, before me, Tammara Latrice Rucker notary public personally appeared Maria Tomassini who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature_____(Seal)

TAMMARA LATRICE RUCKER
Commission # 1853816
Notary Public - California
Riverside County
My Comm. Expires Jun 13, 2013

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

# EXHIBIT 'A'

File No.:     O-SA-3713293 (3)
Property:     13640 Lakota Road, Apple Valley, CA 92308

LOT 49 OF TRACT NO. 3343, AS SHOWN BY MAP ON FILE IN BOOK 44, PAGE(S) 63 AND 64, OF MAPS RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA.

EXCEPTING THEREFROM AN UNDIVIDED 1/2 INTEREST IN ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE THEREIN AND THEREUNDER, THE INTEREST HEREIN RESERVED, SAVED AND EXCEPTED SHALL BE FREE AND CLEAR OF ALL COST FOR MINERALS BY REASON OF ANY EXPLORATION OF DRILLING FOR SUCH OIL, GAS AND OTHER HYDROCARBONS AND MINERALS SAVED OR PRODUCED BY GRANTEE, HIS HEIRS, PERSONAL REPRESENTATIVES, SUCCESSORS, LESSES OR ASSIGNS AND SHALL FURTHER BE CLEAR OF ANY OTHER EXPENSES IN CONNECTION THEREWITH WITHOUT THE GRANTOR PRIOR WRITTEN CONSENT TO ANY SUCH EXPLORATION, DRILLING OR MARKETING. PROVIDED, HOWEVER, THAT SUCH RESERVED RIGHTS SHALL NOT BE EXERCISED BY MEANS OF ANY ENTRY UPON THE SURFACE OF, IN, UNDER OR ACROSS THE HEREIN DESCRIBED PROPERTY AND THE SUBSURFACE THEREOF TO A DEPTH OF 500 FEET MEASURED IN A VERTICAL DIRECTION FROM THE EARTH'S SURFACE OF SAID LAND. SAID RESERVED INTEREST BEING THE SAME UNDIVIDED INTEREST REFERRED TO IN THE DECLARATION OF RESTRICTIONS NOW OF RECORDS COVERING SAID TRACT, AS RESERVED IN THE DEED FROM TITLE INSURANCE AND TRUST COMPANY, A CALIFORNIA CORPORATION, RECORDED MARCH 11, 1960 IN BOOK 5079 PAGE(S) 234 OF OFFICIAL RECORDS, AND AMENDED BY QUITCLAIM AND WAIVER OF RIGHT OF ENTRY, RECORDED JULY 26, 1955 IN BOOK 3649, PAGE(S) 423 OF OFFICIAL RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA.

A.P.N. 3087-262-15