UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-9746 DSF (AGRx) | Date | 6/18/12 |
|---|---|---|---|
| Title | Paul Preston v. Fidelity National Financial, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| V. Del Rio for D. Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Francis Bottini | Steven A. Goldfarb |
| | Mark E. Schiffman |

**Proceedings:** Hearing on Motion for Judgment on the Pleadings (57) and Motion for Summary Judgment (58)

   The matter is called and counsel state their appearances.  The Court hears oral argument as set forth on the record.  The matters are taken under submission and a written ruling will follow.

00:15
Initials of Preparer: vdr