AO 435 (Rev. 04/11)
Administrative Office of the United States Courts

**FOR COURT USE ONLY**

**DUE DATE:**

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| 1. NAME David Kaplan, Esq. | 2. PHONE NUMBER (858) 793-0070 | 3. DATE 6/21/2012 | |
|---|---|---|---|
| 4. MAILING ADDRESS 12481 High Bluff Drive, Suite 300 | 5. CITY San Diego | 6. STATE CA | 7. ZIP CODE 92130 |

| 8. CASE NUMBER CV 11-9746 DSF (AGRx) | 9. JUDGE Hon. Dale S. Fischer | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 6/18/2012 | 11. TO 6/18/2012 |
| 12. CASE NAME Preston v. Fidelity National Financial, Inc., et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Los Angeles | 14. STATE CA |

15. ORDER FOR

☐ APPEAL     ☐ CRIMINAL     ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY

☐ NON-APPEAL     ☒ CIVIL     ☐ IN FORMA PAUPERIS     ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing:  MSJ and Motion for | 6/18/2012 |
| ☐ BAIL HEARING | | Judgment on the Pleadings | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☒ | NO. OF COPIES 0 | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 0.00 |

| 18. SIGNATURE /s/ David Kaplan | PROCESSED BY |
|---|---|
| 19. DATE 6/21/2012 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY