1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   PAUL PRESTON,                    )      Case No.:  CV 11-9746 DSF (AGRx)
                                      )
12            Plaintiff,              )
                                      )      **JUDGMENT**
13        vs.                         )
                                      )
14   FIDELITY NATIONAL                )
     FINANCIAL INC., et al.,          )
15                                    )
              Defendants.             )
16                                    )
                                      )
17   _____     )
18
19        The Court having determined that it lacks subject matter jurisdiction over
20   this action,
21        IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the
22   action be dismissed without prejudice, and that Defendants recover just costs
23   pursuant to 28 U.S.C. § 1919.
24
          6/21/12
25
26   Dated: _____        _____
27                                              Dale S. Fischer
                                          United States District Judge
28