Michael J. Gleason SBN 279434
*mgleason@hahnlaw.com*
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 216.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
Derek E. Diaz (admitted *pro hac vice*)
*ddiaz@hahnlaw.com*
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

Attorneys for Defendants Fidelity National Financial, Inc.; Fidelity National Home Warranty Company; Fidelity National Title Insurance Company; Lawyers Title Company; Chicago Title Company; Commonwealth Land Title Company; and Ticor Title Company of California

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al.*<br>          Defendants. | Case No. CV11-09746 DSF (AGRx)<br><br>JUDGE DALE S. FISCHER<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO TAX COSTS UNDER 28 U.S.C. § 1919**<br><br>Hearing Date: September 10, 2012<br>Hearing Time: 1:30 p.m. |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on September 10, 2012, at 1:30 p.m., or soon thereafter as this matter may be heard in the above-entitled action, at the United States District Court, Central District of California, 255 East Temple Street, Los Angeles, California 90012, Courtroom 840, Defendants Fidelity National Financial Inc., Fidelity National Home Warranty Company, Fidelity National Title Insurance Company, Lawyers Title Company, Commonwealth Land Title Company, Ticor Title Company of California, and Chicago Title Company will move this Court for an order, under 28 U.S.C. § 1919, taxing costs to Plaintiff Paul Preston.

This motion is based upon the allegations in the complaint, the Court's orders dated June 19 and 22, 2012, the evidence submitted with this motion (including the bill of costs and its attachments), and upon such oral and documentary evidence as allowed at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place via telephone on July 16, 2012.  The parties also conferred via e-mail on July 17, 18, and 31, 2012.

| | | |
|---|---|---|
| 1 | Date: August 1, 2012 | /s/ Michael J. Gleason |
| 2 | | Michael J. Gleason SBN 279434 |
| | | mgleason@hahnlaw.com |
| 3 | | HAHN LOESER & PARKS, LLP |
| | | One America Plaza |
| 4 | | 600 West Broadway, Suite 1500 |
| 5 | | San Diego, California 92101 |
| | | Telephone: 216.810.4300 |
| 6 | | Facsimile: 619.810.4301 |
| 7 | | |
| | | Steven A. Goldfarb (admitted *pro hac vice*) |
| 8 | | sagoldfarb@hahnlaw.com |
| | | Derek E. Diaz (admitted *pro hac vice*) |
| 9 | | ddiaz@hahnlaw.com |
| 10 | | HAHN LOESER & PARKS, LLP |
| | | 200 Public Square, Suite 2800 |
| 11 | | Cleveland, Ohio 44114-2316 |
| | | Telephone: 216.621.0150 |
| 12 | | Facsimile: 216.241.2824 |
| 13 | | |
| | | Mark E. Schiffman, SBN 62654 |
| 14 | | *Mark.Schiffman@fnf.com* |
| | | One America Plaza |
| 15 | | 600 West Broadway, Suite 1500 |
| | | San Diego, California 92101 |
| 16 | | Telephone: 216.810.4300 |
| | | Facsimile: 619.810.4301 |
| 17 | | |
| 18 | | James A. Moss, SBN 84441 |
| | | *James.Moss@fnf.com* |
| 19 | | FIDELITY NATIONAL LAW GROUP |
| | | 915 Wilshire Boulevard, Suite 2100 |
| 20 | | Los Angeles, California 90017 |
| | | Telephone: (213)438-4418 |
| 21 | | Facsimile: (213) 438-4417 |
| 22 | | |
| | | Attorneys for Defendants |
| 23 | | Fidelity National Financial, Inc.; Fidelity |
| | | National Home Warranty Company; |
| 24 | | Fidelity National Title Insurance Company; |
| 25 | | Lawyers Title Company; Commonwealth |
| | | Land Title Company; Ticor Company |
| 26 | | of California; and Chicago Title Company |
| 27 | | |
| 28 | | |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO TAX COSTS

3

# CERTIFICATE OF SERVICE

I certify that on August 1, 2012, a copy of the foregoing was served on the following counsel of record via the Court's CM/ECF filing system:

Edward D. Chapin, Esq.
Francis A. Bottini, Esq.
Jill M. Sullivan, Esq.
Jennifer M. Chapman, Esq.
CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
550 West "C" Street, Suite 2000
San Diego, California 92101
Telephone: 619.241.4810
Facsimile: 619.955.5318

Blair A. Nicholas, Esq.
Benjamin Galdston, Esq.
David Kaplan, Esq.
Laurence Reza Wrathall, Esq.
BERNSTEIN, LITOWITZ, BERGER & GROSSMAN LLP
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: 858.793.0070
Facsimile: 858.793.0323

Attorneys for Plaintiff and the Putative Classes

Date: August 1, 2012        */s/ Michael J. Gleason*
                            Michael J. Gleason,
                            Attorney for Defendants