# EXHIBIT A

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TAX COSTS UNDER 28 U.S.C. § 1919**

Michael J. Gleason SBN 279434
mgleason@hahnlaw.com
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 216.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted pro hac vice)
sagoldfarb@hahnlaw.com
Hahn Loeser & Parks, llp
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

[Additional Counsel Listed on Signature Page]

Attorneys for Defendants Fidelity National Financial, Inc.; Fidelity National Home Warranty Company; Fidelity National Title Insurance Company; Lawyers Title Company; Chicago Title Company; Commonwealth Land Title Company; and Ticor Title Company of California

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiffs,<br>  v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al*.<br>      Defendants. | Case No. CV11-09746 DSF (AGRx)<br><br>JUDGE DALE S. FISCHER<br><br>**DECLARATION OF DEREK E. DIAZ IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TAX COSTS UNDER 28 U.S.C. § 1919** |

I, Derek E. Diaz, declare as follows:

1. I am an attorney licensed to practice law in the State of Ohio, and I have been admitted in this case *pro hac vice*. [Doc. No. 26.] I am a partner at the law firm of Hahn, Loeser & Parks, LLP, counsel of record for the Fidelity Companies.[1] The matters set forth in this declaration are based on my personal knowledge and, if called on, I would testify consistently with this declaration.

2. In connection with collecting materials that were responsive to Plaintiff's written discovery requests, Defendants needed to scan potentially relevant discovery material to have it available in the electronic format that Plaintiff demanded in his February 17, 2012, joint status report.

3. Defendants obtained videotaped transcripts of two witnesses who were actual participants in Plaintiff's March 2011 real estate transaction, Fulton Wright (Plaintiff's real estate agent) and Michelle Carr (the escrow officer who closed the transaction).

4. Because these witnesses played a central role in that transaction, Defendants' counsel believed that videotaping the depositions was warranted, for possible use at trial.

---

[1] "Defendants" or "Fidelity Companies" herein refers to Defendants Fidelity National Financial, Inc., Fidelity National Home Warranty Company ("FNHW"), Fidelity National Title Insurance Company, Lawyers Title Company, Commonwealth Land Title Company, Ticor Title Company of California, and Chicago Title Company.

DECLARATION OF DEREK E. DIAZ IN SUPPORT OF
REPLY IN SUPPORT OF MOTION TO TAX COSTS
1

5. Defendants' counsel also obtained rough transcripts for the depositions of Mr. Wright and Ms. Carr. We did so because, among other reasons, we needed to have those transcripts ready for use at Plaintiff's deposition, which was scheduled first for April 13, 2012, and then April 24, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 27, 2012

_____
Derek E. Diaz

DECLARATION OF DEREK E. DIAZ IN SUPPORT OF
REPLY IN SUPPORT OF MOTION TO TAX COSTS
2