# EXHIBIT B

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TAX COSTS
UNDER 28 U.S.C. § 1919**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


PAUL PRESTON, on behalf of          )

himself and all others              )

similarly situated,                 )

       Plaintiff,                )

vs.                                 ) CV 11-09746 DSF (AGRx)

FIDELITY NATIONAL FINANCIAL,        )

INC., a Delaware corporation,       )

et al,                              )

       Defendants.               )

_____ )


VIDEOTAPED DEPOSITION OF WILLIAM LENOCKER

APRIL 3, 2012


Reported by:  Margaret A. Smith, CSR #9733, RPR, CRR

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | San Diego, California; April 3, 2012; 10:04 a.m.     |
|          | 2  |                                                      |
| 09:47:52 | 3  | VIDEOGRAPHER:  Good morning.  We are on the          |
| 10:04:01 | 4  | record.  This is the digital video deposition of William |
| 10:04:05 | 5  | Ryan Lenocker, testifying in the matter of Preston,  |
| 10:04:12 | 6  | et al., versus Fidelity National Financial, et al.,  |
| 10:04:15 | 7  | Case No. CV 11-09746 DSF (AGRx).                     |
| 10:04:22 | 8  | Today we are located at 550 West C Street,           |
| 10:04:27 | 9  | Suite 2000, San Diego, California.  Today's date is  |
| 10:04:30 | 10 | April 3rd, 2012.  The time on the video monitor is   |
| 10:04:34 | 11 | 10:04 a.m.                                           |
| 10:04:36 | 12 | My name is John Imel, video specialist with          |
| 10:04:39 | 13 | Jordan Media, Inc., located at 1228 Madison Avenue,  |
| 10:04:44 | 14 | San Diego, California.                               |
| 10:04:45 | 15 | The certified shorthand reporter today is            |
| 10:04:48 | 16 | Maggie Smith in association with Kramm Court Reporting, |
| 10:04:51 | 17 | located in San Diego, California.                    |
| 10:04:54 | 18 | Will counsel please introduce yourselves for         |
| 10:04:57 | 19 | the record.                                          |
| 10:04:57 | 20 | MR. BOTTINI:  Frank Bottini for the plaintiffs.      |
| 10:05:01 | 21 | MR. WRATHALL:  Laurence Reza Wrathall for the        |
| 10:05:03 | 22 | plaintiffs.                                          |
| 10:05:04 | 23 | MR. GLEASON:  Michael Gleason for defendants.        |
| 10:05:07 | 24 | VIDEOGRAPHER:  The reporter may now swear in         |
| 10:05:17 | 25 | the witness.                                         |

```
1          I, Margaret A. Smith, Certified Shorthand Reporter

2     licensed in the State of California, License No. 9733,

3     hereby certify that the deponent was by me first duly

4     sworn and the foregoing testimony was reported by me and

5     was thereafter transcribed with Computer-Aided

6     Transcription; that the foregoing is a full, complete,

7     and true record of said proceeding.

8          I further certify that I am not of counsel or

9     attorney for either or any of the parties in the

10    foregoing proceeding and caption named or in any way

11    interested in the outcome of the cause in said caption.

12         The dismantling, unsealing, or unbinding of the

13    original transcript will render the reporter's

14    certificates null and void.

15         In witness whereof, I have hereunto set my hand

16    this day:

17

18                        _____

19                        MARGARET A. SMITH, CSR NO. 9733, CRR

20

21

22

23

24

25
```