CHAPIN FITZGERALD & BOTTINI LLP
Edward D. Chapin (Bar No. 053287)
(echapin@cfblawfirm.com)
Francis A. Bottini, Jr. (Bar No. 175783)
(fbottini@cfblawfirm.com)
Keith M. Cochran (Bar No. 254346)
(kcochran@cfblawfirm.com)
550 West C Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:  (619) 955-5318

*Attorneys for Plaintiff*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PAUL PRESTON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation, FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation, LAWYERS TITLE COMPANY, a California corporation, COMMONWEALTH LAND TITLE COMPANY, a California corporation, TICOR TITLE COMPANY OF CALIFORNIA, a California corporation, CHICAGO TITLE COMPANY, a California corporation,<br><br>　　　　　　　Defendants. | Case No. CV 11-9746 DSF (AGRx)<br><br>Class Action<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE THAT, under 28 U.S.C. § 1291, Plaintiff Paul Preston, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Ninth Circuit from the Memorandum (in Chambers) Order entered on August 31, 2012 (Dkt. No. 88).

Dated: September 13, 2012

CHAPIN FITZGERALD & BOTTINI LLP
Edward D. Chapin
(echapin@cfblawfirm.com)
Francis A. Bottini, Jr.
(fbottini@cfblawfirm.com)
Keith M. Cochran
(kcochran@cfblawfirm.com)

　　　　　s/ Francis A. Bottini, Jr.
　　　　　Francis A. Bottini, Jr.

550 West C Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

BERNSTEIN LITOWITZ
   BERGER & GROSSMANN LLP
Blair A. Nicholas
(blairn@blbglaw.com)
Benjamin Galdston
(beng@blbglaw.com)
David Kaplan
(davidk@blbglaw.com)
Laurence Reza Wrathall
(laurence.wrathall@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for Plaintiff*

-1-   NOTICE OF APPEAL
Case No. CV 11-9746 DSF (AGRx)