Preston v. Fidelity National Financial, Inc. et al.
USDC – Central District of California Case No.:  CV 11-09746 DSF (AGRx)

# PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 550 West C Street, Suite 2000, San Diego, California  92101.

On September 13, 2012, I served the following document(s):

1. Notice of Appeal.

as follows:

**Attorneys for Defendants**
*Fidelity National Financial, Inc.; Fidelity National Home Warranty Company; Fidelity National Title Insurance Company; Lawyers Title Company; Commonwealth Land Title Company; Ticor Company of California; and Chicago Title Company*

Michael J. Gleason, Esq.
mgleason@hahnlaw.com
HAHN LOESER & PARKS, LLP
One American Plaza
600 West Broadway, Suite 1500
San Diego, California 92101

James A. Moss, Esq.
James.Moss@fnf.com
Mark E. Schiffman, Esq.
Mark.Schiffman@fnf.com
FIDELITY NATIONAL LAW GROUP
915 Wilshire Boulevard, Suite 2100
Los Angeles, CA  90017

| | |
|---|---|
| 1 | Steven A. Goldfarb, Esq. |
| 2 | sagoldfarb@hahnlaw.com |
| | Derek E. Diaz, Esq. |
| 3 | ddiaz@hahnlaw.com |
| 4 | HAHN LOESER & PARKS, LLP |
| | 200 Public Square, Suite 2800 |
| 5 | Cleveland, OH  44114 |
| 6 | |
| | **Co-Counsel for Plaintiff** |
| 7 | PAUL PRESTON |
| 8 | |
| | Blair Nicholas, Esq. |
| 9 | BlairN@blbglaw.com |
| 10 | Ben Galdston, Esq. |
| | BenG@blbglaw.com |
| 11 | Dave Kaplan, Esq. |
| 12 | DavidK@blbglaw.com |
| | L. Reza Wrathall, Esq. |
| 13 | Laurence.Wrathall@blbglaw.com |
| 14 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | 12481 High Bluff Drive, Suite 300 |
| 15 | San Diego, CA 92130 |

16 ☒ BY ELECTRONIC FILING.  I am familiar with the United States District
17    Court, Central District of California's practice for collecting and processing
18    electronic filings.  Under that practice, documents are electronically filed
      with the Court.  The Court's CM/ECF system will generate a Notice of
19    Electronic Filing (NEF) to the filing party, the assigned judge, and any
20    registered users in the case.  The NEF will constitute service of the
      document.  Registration as a CM/ECF user constitutes consent to the
21    electronic service through the Court's transmission facilities.  Under said
22    practice, the above-parties were served via CM/ECF.

23 ☐ BY MAIL.  I am familiar with this firm's practice of collection and
24    processing correspondence for mailing with the United States Postal Service,
      and that the correspondence shall be deposited with the United States Postal
25    Service this same day in the ordinary course of business pursuant to Code of
26    Civil Procedure §1013a.

27 ☐ BY E-MAIL.  I am familiar with this firm's practice of scanning and
28    emailing documents through Outlook.  I caused said document(s) to be
      transmitted electronically by email to the addressee(s) above.

1 ☐ BY FAX. A copy of said document(s) were delivered by facsimile
2     transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).
3

4 ☐ BY PERSONAL SERVICE. I caused said document(s) to be hand delivered
5     to the addressee(s) pursuant to Code of Civil Procedure §1011.

6 ☐ BY OVERNIGHT DELIVERY. I deposited said document(s) in a box or
7     other facility regularly maintained by an express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).
8

9     I declare that I am employed in the office of a member of the Bar of, or
10 permitted to practice before, this Court at whose direction the service was made
11 and declare under penalty of perjury under the laws of the United States that the
12 foregoing is true and correct.
13     Executed on September 13, 2012, at San Diego, California.

                                             By: s/ Francis A. Bottini, Jr.
                                                Francis A. Bottini, Jr.
                                                Attorney for Plaintiff
                                                fbottini@cfblawfirm.com