CHAPIN FITZGERALD & BOTTINI LLP
Edward D. Chapin (Bar No. 053287)
(echapin@cfblawfirm.com)
Francis A. Bottini, Jr. (Bar No. 175783)
(fbottini@cfblawfirm.com)
Keith M. Cochran (Bar No. 254346)
(kcochran@cfblawfirm.com)
550 West C Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

*Attorneys for Plaintiff*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PAUL PRESTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation, FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation, LAWYERS TITLE COMPANY, a California corporation, COMMONWEALTH LAND TITLE COMPANY, a California corporation, TICOR TITLE COMPANY OF CALIFORNIA, a California corporation, CHICAGO TITLE COMPANY, a California corporation,<br><br>Defendants. | Case No. CV 11-9746 DSF (AGRx)<br><br>**REPRESENTATION STATEMENT** |

In compliance with Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2, Plaintiff-Appellant Paul Preston submits the following Representation Statement.

| Party | Counsel |
|---|---|
| Plaintiff-Appellant Paul Preston | CHAPIN FITZGERALD & BOTTINI LLP<br>Edward D. Chapin, Esq.<br>(echapin@cfblawfirm.com)<br>Francis A. Bottini, Jr., Esq.<br>(fbottini@cfblawfirm.com)<br>Keith M. Cochran, Esq.<br>(kcochran@cfblawfirm.com)<br>550 West C Street, Suite 2000<br>San Diego, CA 92101<br>Tel:   (619) 241-4810<br>Fax:   (619) 955-5318<br><br>BERNSTEIN LITOWITZ<br>   BERGER & GROSSMANN LLP<br>Blair A. Nicholas<br>(blairn@blbglaw.com)<br>Benjamin Galdston<br>(beng@blbglaw.com)<br>David Kaplan<br>(davidk@blbglaw.com)<br>Laurence Reza Wrathall<br>(laurence.wrathall@blbglaw.com)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:   (858) 793-0323 |

| | Party | Counsel |
|---|---|---|
| 1 | | |
| 2-14 | Defendant-Appellee<br>Fidelity National Financial Inc. | FIDELITY NATIONAL LAW GROUP<br>James A. Moss, Esq.<br>James.Moss@fnf.com<br>Mark E. Schiffman, Esq.<br>Mark.Schiffman@fnf.com<br>915 Wilshire Boulevard, Suite 2100<br>Los Angeles, CA  90017<br>Tel:   (213) 438-4417<br><br>HAHN LOESER & PARKS, LLP<br>Steven A. Goldfarb, Esq.<br>sagoldfarb@hahnlaw.com<br>Derek E. Diaz, Esq.<br>ddiaz@hahnlaw.com<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Tel:   (216) 621-0150<br><br>HAHN LOESER & PARKS, LLP<br>Michael J. Gleason, Esq.<br>mgleason@hahnlaw.com<br>One American Plaza<br>600 West Broadway, Suite 1500<br>San Diego, California 92101<br>Tel:   (619) 810-4300 |
| 15-27 | Defendant-Appellee<br>Fidelity National Home Warranty Company | HAHN LOESER & PARKS, LLP<br>Steven A. Goldfarb, Esq.<br>sagoldfarb@hahnlaw.com<br>Derek E. Diaz, Esq.<br>ddiaz@hahnlaw.com<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Tel:   (216) 621-0150<br><br>FIDELITY NATIONAL LAW GROUP<br>James A. Moss, Esq.<br>James.Moss@fnf.com<br>Mark E. Schiffman, Esq.<br>Mark.Schiffman@fnf.com<br>915 Wilshire Boulevard, Suite 2100<br>Los Angeles, CA  90017<br>Tel:   (213) 438-4417<br><br>HAHN LOESER & PARKS, LLP<br>Michael J. Gleason, Esq.<br>mgleason@hahnlaw.com<br>One American Plaza<br>600 West Broadway, Suite 1500<br>San Diego, California 92101<br>Tel:   (619) 810-4300 |

| Party | Counsel |
|---|---|
| Defendant-Appellee<br>Fidelity National Title Insurance Company | HAHN LOESER & PARKS, LLP<br>Steven A. Goldfarb, Esq.<br>sagoldfarb@hahnlaw.com<br>Derek E. Diaz, Esq.<br>ddiaz@hahnlaw.com<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Tel:    (216) 621-0150<br><br>FIDELITY NATIONAL LAW GROUP<br>James A. Moss, Esq.<br>James.Moss@fnf.com<br>Mark E. Schiffman, Esq.<br>Mark.Schiffman@fnf.com<br>915 Wilshire Boulevard, Suite 2100<br>Los Angeles, CA  90017<br>Tel:    (213) 438-4417<br><br>HAHN LOESER & PARKS, LLP<br>Michael J. Gleason, Esq.<br>mgleason@hahnlaw.com<br>One American Plaza<br>600 West Broadway, Suite 1500<br>San Diego, California 92101<br>Tel:    (619) 810-4300 |
| Defendant-Appellee<br>Lawyers Title Company | HAHN LOESER & PARKS, LLP<br>Steven A. Goldfarb, Esq.<br>sagoldfarb@hahnlaw.com<br>Derek E. Diaz, Esq.<br>ddiaz@hahnlaw.com<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Tel:    (216) 621-0150<br><br>FIDELITY NATIONAL LAW GROUP<br>James A. Moss, Esq.<br>James.Moss@fnf.com<br>Mark E. Schiffman, Esq.<br>Mark.Schiffman@fnf.com<br>915 Wilshire Boulevard, Suite 2100<br>Los Angeles, CA  90017<br>Tel:    (213) 438-4417<br><br>HAHN LOESER & PARKS, LLP<br>Michael J. Gleason, Esq.<br>mgleason@hahnlaw.com<br>One American Plaza<br>600 West Broadway, Suite 1500<br>San Diego, California 92101<br>Tel:    (619) 810-4300 |

| Party | Counsel |
|---|---|
| Defendant-Appellee<br>Commonwealth Land Title Company | HAHN LOESER & PARKS, LLP<br>Steven A. Goldfarb, Esq.<br>sagoldfarb@hahnlaw.com<br>Derek E. Diaz, Esq.<br>ddiaz@hahnlaw.com<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Tel:    (216) 621-0150<br><br>FIDELITY NATIONAL LAW GROUP<br>James A. Moss, Esq.<br>James.Moss@fnf.com<br>Mark E. Schiffman, Esq.<br>Mark.Schiffman@fnf.com<br>915 Wilshire Boulevard, Suite 2100<br>Los Angeles, CA  90017<br>Tel:    (213) 438-4417<br><br>HAHN LOESER & PARKS, LLP<br>Michael J. Gleason, Esq.<br>mgleason@hahnlaw.com<br>One American Plaza<br>600 West Broadway, Suite 1500<br>San Diego, California 92101<br>Tel:    (619) 810-4300 |
| Defendant-Appellee<br>Ticor Title Company of California | HAHN LOESER & PARKS, LLP<br>Steven A. Goldfarb, Esq.<br>sagoldfarb@hahnlaw.com<br>Derek E. Diaz, Esq.<br>ddiaz@hahnlaw.com<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Tel:    (216) 621-0150<br><br>FIDELITY NATIONAL LAW GROUP<br>James A. Moss, Esq.<br>James.Moss@fnf.com<br>915 Wilshire Boulevard, Suite 2100<br>Los Angeles, CA  90017<br>Tel:    (213) 438-4417<br><br>HAHN LOESER & PARKS, LLP<br>Michael J. Gleason, Esq.<br>mgleason@hahnlaw.com<br>One American Plaza<br>600 West Broadway, Suite 1500<br>San Diego, California 92101<br>Tel:    (619) 810-4300 |

| Party | Counsel |
|---|---|
| Defendant-Appellee<br>Chicago Title Company | HAHN LOESER & PARKS, LLP<br>Steven A. Goldfarb, Esq.<br>sagoldfarb@hahnlaw.com<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Tel:   (216) 621-0150<br><br>FIDELITY NATIONAL LAW GROUP<br>James A. Moss, Esq.<br>James.Moss@fnf.com<br>Mark E. Schiffman, Esq.<br>Mark.Schiffman@fnf.com<br>915 Wilshire Boulevard, Suite 2100<br>Los Angeles, CA  90017<br>Tel:   (213) 438-4417<br><br>HAHN LOESER & PARKS, LLP<br>Michael J. Gleason, Esq.<br>mgleason@hahnlaw.com<br>One American Plaza<br>600 West Broadway, Suite 1500<br>San Diego, California 92101<br>Tel:   (619) 810-4300 |

Dated:  September 13, 2012

CHAPIN FITZGERALD & BOTTINI LLP
Edward D. Chapin
(echapin@cfblawfirm.com)
Francis A. Bottini, Jr.
(fbottini@cfblawfirm.com)
Keith M. Cochran
(kcochran@cfblawfirm.com)

 /s/ *Francis A. Bottini, Jr.*
   Francis A. Bottini, Jr.

550 West C Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

1  BERNSTEIN LITOWITZ
2    BERGER & GROSSMANN LLP
   Blair A. Nicholas
3  (blairn@blbglaw.com)
   Benjamin Galdston
4  (beng@blbglaw.com)
   David Kaplan
5  (davidk@blbglaw.com)
   Laurence Reza Wrathall
6  (laurence.wrathall@blbglaw.com)
   12481 High Bluff Drive, Suite 300
7  San Diego, CA 92130
   Tel:   (858) 793-0070
8  Fax:   (858) 793-0323

9
10   *Attorneys for Plaintiff*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28