Michael J. Gleason SBN 279434
mgleason@hahnlaw.com
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
sagoldfarb@hahnlaw.com
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

[Additional Counsel Listed on Signature Page]

Attorneys for Defendants Fidelity National Financial, Inc.; Fidelity National Home Warranty Company; Fidelity National Title Insurance Company; Lawyers Title Company; Chicago Title Company; Commonwealth Land Title Company; and Ticor Title Company of California

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PAUL PRESTON, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiffs,<br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al.*,<br>        Defendants. | Case No. CV11-09746 DSF (AGRx)<br><br>JUDGE DALE S. FISCHER<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

On August 31, 2012, a judgment in the amount of $13,014.42 was entered in favor of Defendants Fidelity National Financial, Inc., Fidelity National Home Warranty Company, Fidelity National Title Insurance Company, Lawyers Title Company, Chicago Title Company, Commonwealth Land Title Company, and Ticor Title Company of California (collectively, "Defendants") and against Plaintiff Paul Preston.  Defendants' business address is 601 Riverside Avenue, Jacksonville, Florida, 32204.  Plaintiff's address is 13604 Lakota Road, Apple Valley, California 92308.

On September 13, 2012, Defendants created a lien on Plaintiff's real property by recording an Abstract of Judgment/Order in the office of the county recorder of San Bernardino County, California, at instrument number 2012-0377690.

Defendants have accepted performance other than that specified in the judgment entry in full satisfaction of the judgment and, in exchange, Defendants have agreed to release the judgment lien and all interest in real property in San Bernardino County presently owned or hereafter acquired by Plaintiff.

No notice of judgment lien has been filed in the office of the Secretary of State.

The Clerk of Court is hereby authorized and directed to make an entry of the full and complete release and satisfaction on the docket of said judgment. An acknowledgement of satisfaction of judgment (or a court clerk's certificate of satisfaction of judgment) will have to be recorded with the county recorder of San Bernardino County in order to release the judgment lien on real property in that county.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: San Diego, California | /s/ Michael J. Gleason |
| | September 21, 2012 | Michael J. Gleason SBN 279434 |
| 3 | | mgleason@hahnlaw.com |
| 4 | | HAHN LOESER & PARKS, LLP |
| | | One America Plaza |
| 5 | | 600 West Broadway, Suite 1500 |
| | | San Diego, California 92101 |
| 6 | | Telephone: 216.810.4300 |
| 7 | | Facsimile: 619.810.4301 |
| 8 | | Steven A. Goldfarb (admitted *pro hac vice*) |
| | | sagoldfarb@hahnlaw.com |
| 9 | | Derek E. Diaz (admitted *pro hac vice*) |
| 10 | | ddiaz@hahnlaw.com |
| | | HAHN LOESER & PARKS, LLP |
| 11 | | 200 Public Square, Suite 2800 |
| | | Cleveland, Ohio 44114-2316 |
| 12 | | Telephone: 216.621.0150 |
| 13 | | Facsimile: 216.241.2824 |
| 14 | | Mark E. Schiffman, SBN 62654 |
| | | Mark.Schiffman@fnf.com |
| 15 | | One America Plaza |
| 16 | | 600 West Broadway, Suite 1500 |
| | | San Diego, California 92101 |
| 17 | | Telephone: 216.810.4300 |
| 18 | | Facsimile: 619.810.4301 |
| 19 | | James A. Moss, SBN 84441 |
| | | James.Moss@fnf.com |
| 20 | | FIDELITY NATIONAL LAW GROUP |
| 21 | | 915 Wilshire Boulevard, Suite 2100 |
| | | Los Angeles, California 90017 |
| 22 | | Telephone: (213)438-4418 |
| | | Facsimile: (213) 438-4417 |
| 23 | | |
| 24 | | Attorneys for Defendants |
| | | Fidelity National Financial, Inc.; Fidelity |
| 25 | | National Home Warranty Co.; Fidelity |
| 26 | | National Title Insurance Co.; Lawyers |
| | | Title Co.; Commonwealth Land Title Co.; |
| 27 | | Ticor Company of California; and Chicago |
| 28 | | Title Co. |

2

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2012, copies of the foregoing documents were served on the following counsel of record via the Court's CM/ECF filing system:

Edward D. Chapin, Esq.
Francis A. Bottini, Esq.
Jennifer M. Chapman, Esq.
CHAPIN FITZGERALD & BOTTINI LLP
550 West "C" Street, Suite 2000
San Diego, California 92101
Telephone: 619.241.4810
Facsimile: 619.955.5318

Blair A. Nicholas, Esq.
Benjamin Galdston, Esq.
David Kaplan, Esq.
BERNSTEIN, LITOWITZ, BERGER & GROSSMAN LLP
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: 858.793.0070
Facsimile: 858.793.0323

Attorneys for Preston and the Putative Classes

Date: September 21, 2012        */s/ Michael J. Gleason*
                                Michael J. Gleason,
                                Attorney for Defendants

3